B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Allen, Patrick J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Allen, Pamela A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9770** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8947 W. 147th Street**<br>**Orland Park, IL**<br>ZIP Code **60462** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8947 W. 147th Street**<br>**Orland Park, IL**<br>ZIP Code **60462** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4-01-13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allen, Patrick J**<br>**Allen, Pamela A** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**P & P Realty, Inc.** | Case Number: | Date Filed: |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Debtor's Corporation** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  4/27/11<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Allen, Patrick J**
**Allen, Pamela A**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  **Patrick J Allen**

X _____
Signature of Joint Debtor  **Pamela A Allen**

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III  3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Rosenbloom, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**

Address

Lottenheimer@otrlaw.com and Jrose@otrlaw.com
847-520-9400 Fax: 847-520-9411
Telephone Number

4/27/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Patrick J Allen
       Pamela A Allen
_____   Case No. _____
                    Debtor(s)    Chapter   7   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                  Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Patrick J Allen

Date: ___4/27/11_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Patrick J Allen
      Pamela A Allen                          Case No. _____

                                          Debtor(s)          Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____*Pamela A. Allen*_____
Pamela A Allen

Date: _____4/27/11_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Patrick J Allen,**
     **Pamela A Allen**

Case No. _____

Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 57,486.95 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 32 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 3,632,528.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 14 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,650.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,442.00 |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 57,486.95 | | |
| Total Liabilities | | | | 3,632,528.97 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Patrick J Allen,**
       **Pamela A Allen**

Case No. _____

Debtors

Chapter _____ 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Patrick J Allen,**
      **Pamela A Allen**
                             Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors have no interest legal, equitable or otherwise in any real property.** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Patrick J Allen,**
    **Pamela A Allen**
                   Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on Debtors' persons** | J | 40.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Marquette Bank** | J | 200.00 |
| | | **Checking Account: Marquette Bank** | J | 300.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Desktop, printer, montior, 3 tvs, dvd player, miscellaneous appliances, kitchen table and chairs, living room furniture, family room furniture, 2 sets of bedroom furniture** | J | 2,100.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Miscellaneous wearing apparel** | J | 150.00 |
| 7.   Furs and jewelry. | | **2 wedding rings, miscellaneous costume jewelry** | J | 400.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Digital camera, set of golf clubs** | J | 200.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Whole Life Policy** | J | 5,800.00 |
| | | **Phoenix Term Life Policy** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                      Sub-Total >        **9,190.00**
                                             (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Patrick J Allen,**
     **Pamela A Allen**                           Case No. _____

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403(b) - Palos Community Hospital | J | 43,471.95 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | P & P Realty, Inc | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                           Sub-Total >     43,471.95
                                   (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Patrick J Allen,**
     **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchisee of ReMax (2)** | J | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Chevrolet Malibu (170,000 miles)** | J | 575.00 |
| | | **2004 Saturn Vue (100,000 miles)** | J | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Chair, desk** | J | 50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Snowblower, lawnmower, patio furniture miscellaneous tools, barbeque grill** | J | 200.00 |

|  |  |
|---|---:|
| Sub-Total > | **4,825.00** |
| (Total of this page) | |
| Total > | **57,486.95** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Debtors' persons | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account: Marquette Bank | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Checking Account: Marquette Bank | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| Desktop, printer, montior, 3 tvs, dvd player, miscellaneous appliances, kitchen table and chairs, living room furniture, family room furniture, 2 sets of bedroom furniture | 735 ILCS 5/12-1001(b) | 2,100.00 | 2,100.00 |
| **Wearing Apparel** | | | |
| Miscellaneous wearing apparel | 735 ILCS 5/12-1001(a) | 150.00 | 150.00 |
| **Furs and Jewelry** | | | |
| 2 wedding rings, miscellaneous costume jewelry | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital camera, set of golf clubs | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 403(b) - Palos Community Hospital | 735 ILCS 5/12-704 | 43,471.95 | 43,471.95 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Chevrolet Malibu (170,000 miles) | 735 ILCS 5/12-1001(c) | 575.00 | 575.00 |
| 2004 Saturn Vue (100,000 miles) | 735 ILCS 5/12-1001(c) | 4,000.00 | 4,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Chair, desk | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Snowblower, lawnmower, patio furniture miscellaneous tools, barbeque grill | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| | Total: | 51,686.95 | 51,686.95 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

_____
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Patrick J Allen,**                    Case No. _____
        **Pamela A Allen**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____31_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
       **Pamela A Allen,**

Case No. _____

_____
Debtors

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Al Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Aneta Slodyczka 12115 S. Flambeau Drive Palos Heights, IL 60463 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Angela Adams 9150 W. 162nd Street Orland Hills, IL 60487 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Barbara Brink 14442 Golf Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Barbara Freudinger 1320 Arbor Drive Lemont, IL 60439 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Barbara Peloquin**<br>**715 Lake Court**<br>**New Lenox, IL 60451** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Becky Howard**<br>**18143 Waterway Court**<br>**Orland Park, IL 60467** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Bev Labuda**<br>**16762 Plainfield**<br>**Plainfield, IL 60544** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Bill Weber**<br>**16412 Lee**<br>**Orland Park, IL 60467** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **BLKK Enterprises**<br>**c/o Bev Labuda**<br>**16762 Plainfield**<br>**Plainfield, IL 60544** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __2__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**                                              Case No. _____
        **Pamela A Allen**
_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brandi Orlando**<br>**8548 Hollybrook Lane**<br>**Tinley Park, IL 60487** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Bruce LaHa**<br>**13136 Rado Drive North**<br>**Homer Glen, IL 60491** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Business Solutions Development, Inc**<br>**14449 Pine Grove Drive**<br>**Homer Glen, IL 60491** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Cappas, Inc.**<br>**c/o Gina Cappas**<br>**17609 Capistrano Lane**<br>**Orland Park, IL 60467** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Carol Heine**<br>**7661 Wheeler**<br>**Orland Park, IL 60462** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 | 0.00<br><br>0.00 |

Sheet __3__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 0.00 — 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Carol O'Neill** 17721 Lilac Lane Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **Catherine Fehrenbacher** 8311 W. 164th Street Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **Catherine Maier** 8810 W. 121st Street Palos Park, IL 60464 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **Christine Eul** 10931 Deblin Lane Oak Lawn, IL 60453 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **Christine Gentile** 18025 Pelican Drive Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __4__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**                                                    Case No. _____

_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Cindy Dalton 16955 S. 82nd Avenue Tinley Park, IL 60477 | X | | J | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Clifford Rago 13836 Lavergne Midlothian, IL 60445 | X | | J | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Cory Bergamo 12850 Cedar Lane Palos Heights, IL 60463 | X | | J | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| D.P.V. Inc. c/o Daniel Vainisi 11923 Queens Court Mokena, IL 60448 | X | | J | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Dana Wick 14928 Kilbourn Midlothian, IL 60445 | X | | J | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __5__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**                                          Case No. _____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | AMOUNT ENTITLED TO PRIORITY |
| Daniel Hurley 10535 Deigo Lane Orland Park, IL 60467 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Daniel Vainisi 11923 Queens Court Mokena, IL 60448 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Darrell Johnson 8153 S. Maplewood Avenue Chicago, IL 60652 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Dave Manson 12105 W. Tamarack Lane Lockport, IL 60441 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Dave Shalabi 16041 Laurel Drive Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet _6_ of _31_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**

Case No. _____

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **David Mires** 17046 Prestwick Drive Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 / 0.00 |
| Account No. **David Schmeier** 471 Aspen Drive New Lenox, IL 60451 | X | J | Possible Wages - Notice Only | X | | | 0.00 | 0.00 / 0.00 |
| Account No. **Diane Williams** 8300 W. 162nd Place Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 / 0.00 |
| Account No. **Dixon Partners, Inc.** c/o Tom Dixon 17164 Winding Creek Drive Orland Park, IL 60467 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 / 0.00 |
| Account No. **Erika Schmeier** 472 Aspen Drive New Lenox, IL 60451 | X | J | Possible Wages - Notice Only | X | | | 0.00 | 0.00 / 0.00 |

Sheet **7** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
     **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| George Slowinski 14606 Park Place Homer Glen, IL 60491 | X | | J | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| Gina Cappas 17609 Capistrano Lane Orland Park, IL 60467 | X | | J | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| Grace Flanagan 8611 W. 141st Orland Park, IL 60462 | X | | J | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| Gregory Buczek 9308 Sunrise Lane Orland Park, IL 60462 | X | | J | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| IAN Realty, Inc. c/o John Sacketee 18223 Hidden Valley Cove Orland Park, IL 60467 | X | | J | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __8__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**
                                                                          Case No. _____

───────────────────────────────────────────────
                                    Debtors

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Irace Property Services, Inc. c/o Karen Irace 17202 Lakebrook Drive Orland Park, IL 60467 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Jack Gawron 11017 Arbor Ridge Drive Orland Park, IL 60467 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Jack Wolf 7439 Willowwood Court Apt. 2NE Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| James Kennedy 11219 Cameron Parkway Orland Park, IL 60467 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| James LaHa 13136 Rado Drive North Homer Glen, IL 60491 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  **9**  of  **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 | |
|---|---|
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
      **Pamela A Allen,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **James Nealis** <br> **4438 W. 117th Street** <br> **Alsip, IL 60803** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **James Tammaro** <br> **7928 Palm Court** <br> **Orland Park, IL 60462** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Jamie Turner** <br> **19558 Old Coach Trail** <br> **Frankfort, IL 60423** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Jane Blankshain** <br> **13701 Trafalgar Court** <br> **Orland Park, IL 60462** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Janice Zeman-Coutts** <br> **50 Forest** <br> **Unit #1S** <br> **Riverside, IL 60546** | X | J | **Possible Commission - Notice Only** | X | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |

Sheet **10** of **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 <br> 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
**Pamela A Allen**                                                                    Case No. _____
_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Janis Bray 18025 Voss Drive Orland Park, IL 60467 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jay Kennedy 15985 S. 78th Avenue Tinley Park, IL 60477 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jay Mishur 11608 S. Lavergne Alsip, IL 60803 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jayne Schirmacher 14427 Country Club Lane Orland Park, IL 60462 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| JB Homes, Inc. c/o Jane Blankshain 13701 Trafalgar Court Orland Park, IL 60462 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __11__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
　　　　 **Pamela A Allen**                                               Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jean Reedy 2430 W. Lexington Chicago, IL 60612 | X | J | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jennifer Kudia 12722 S. Newport Drive Palos Park, IL 60464 | X | J | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jennifer Ratliff 26402 Gorman Trail Monee, IL 60449 | X | J | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jerreen Edmonds 14732 Homan Avenue Midlothian, IL 60445 | X | J | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jewel Thome 21440 S. 78th Avenue Frankfort, IL 60423 | X | J | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |

Sheet __12__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**                                    Case No. _____

_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **JHS Properties, Inc.** c/o John Schober 14217 S. Union Orland Park, IL 60467 | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Joan Kelly** 15332 Maple Drive Oak Forest, IL 60452 | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Wages - Notice Only | | | | | |
| **Joanne Yovkovich** 8409 Hollybrook Lane Tinley Park, IL 60477 | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **John Charleston** 16832 Steeplechase Parkway Orland Park, IL 60467 | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **John Charleston, Inc.** c/o John Charleston 16832 Steeplechase Parkway Orland Park, IL 60467 | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __13__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J J W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> John Sackett <br> 18223 Hidden Valley Cove <br> Orland Park, IL 60467 | X | J | Possible Commission - Notice Only | X | | | 0.00 <br><br> 0.00 | 0.00 |
| Account No. <br><br> John Schober <br> 14217 S. Union <br> Orland Park, IL 60467 | X | J | Possible Commission - Notice Only | X | | | 0.00 <br><br> 0.00 | 0.00 |
| Account No. <br><br> Jose Tovar <br> 21766 Florin Court <br> Frankfort, IL 60423 | X | J | Possible Commission - Notice Only | X | | | 0.00 <br><br> 0.00 | 0.00 |
| Account No. <br><br> Judi Newman <br> 12629 Royal George Court <br> Mokena, IL 60448 | X | J | Possible Commission - Notice Only | X | | | 0.00 <br><br> 0.00 | 0.00 |
| Account No. <br><br> Judith Kijewski <br> 6617 Charleston <br> Oak Forest, IL 60452 | X | J | Possible Commission - Notice Only | X | | | 0.00 <br><br> 0.00 | 0.00 |
| Sheet __14__ of __31__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal <br> (Total of this page) | | | 0.00 <br> 0.00 | 0.00 <br> 0.00 |

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**
                                                                    Case No. _____
_____
                          Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Julie Ipema 23800 Plum Valley Drive Crete, IL 60417 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| JW Homes Sold, P.C. c/o James Kennedy 11219 Cameron Parkway Orland Park, IL 60467 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kaitlin Allen 8947 W. 147th Street Orland Park, IL 60462 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Karen Foster 807 S. Quincy St. Hinsdale, IL 60521 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Karen Irace 17202 Lakebrook Drive Orland Park, IL 60467 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **15** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)        0.00        0.00        0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**                                              Case No. _____

_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Kathy Toscas** **12854 Sycamore Lane** **Palos Heights, IL 60463** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Kelly Kennedy** **9260 Pepperwood Drive** **Tinley Park, IL 60487** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Kelly Ryan** **8255 Pecan Place** **Frankfort, IL 60423** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| **Kenneth Asbridge** **751 Ironwood Drive** **Frankfort, IL 60423** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Wages - Notice Only | | | | | |
| **Kevin Allen** **3109 W. Belle Plaine Avenue** **Chicago, IL 60618** | X | J | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet  **16**  of  **31**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
       **Pamela A Allen**                                              Case No. _____

                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kevin Burke 622 Pine Street New Lenox, IL 60451 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kevin Burke Investments, Inc. c/o Kevin Burke 622 Pine Street New Lenox, IL 60451 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kevin Kennedy 15985 S. 78th Avenue Tinley Park, IL 60477 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Larry Yakutis 12401 S. Nashville Palos Heights, IL 60463 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Laura Bugos 14449 Pine Grove Drive Homer Glen, IL 60491 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Sheet **17** of **31** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
         **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Laura LaPorta 16249 Princeton Tinley Park, IL 60477 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Linda Dore 18111 Primrose Lane Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Linda Griffin 10759 Oakton Court Frankfort, IL 60423 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Linda Johnson 22413 Woodland Lane Frankfort, IL 60423 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Louise O'Connor 19470 S. Yorkshire Drive Mokena, IL 60448 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **18** of **31**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   0.00   0.00 / 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
        **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Madonna Egan 15321 Primrose Lane Orland Park, IL 60462 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Margaret Alexa 22116 Princeton Circle Frankfort, IL 60423 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Maria Li Mandri-Vaagen 14352 Birchwood Court Homer Glen, IL 60491 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Mary Ellen Pickering 8065 Apache Trail Tinley Park, IL 60477 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Mary Mulka 19542 Kevin Lane Mokena, IL 60448 | X | J | | X | | | 0.00 | 0.00 | 0.00 |

Sheet __19__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | 0.00 | |

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
      **Pamela A Allen,**
                               Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Mary Poska 704 1st Street Lockport, IL 60441 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Mary Zawaski 12320 S. Ridgeland Palos Heights, IL 60463 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Maureen Kristin 5906 Liberty Square Oak Forest, IL 60452 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Maureen Mott 7626 W. 107th Street Palos Hills, IL 60465 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Mauricia Lopez 8756 W. Dartmouth Road Palos Hills, IL 60465 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet **20** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**                             Case No. _____
            **Pamela A Allen**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Michael Dolce<br>17967 Semmler Court<br>Tinley Park, IL 60487 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Mike Clendenning<br>659 Juli Drive<br>New Lenox, IL 60451 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Mondello Real Estate Group, Inc.<br>c/o Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Muriel Carter<br>2605 S. Indiana<br>lmot 1002<br>Chicago, IL 60616 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |

Sheet __21__ of __31__ continuation sheets attached to                Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)       0.00         0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
     **Pamela A Allen,**
                             Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Nicholas Guiffre 207 Whispering Lake Drive Palos Park, IL 60464 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Norah Hudon 12401 S. Nashville Avenue Palos Heights, IL 60463 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Patricia Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Patricia Wyrick 21961 Princeton Circle Frankfort, IL 60423 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Patrick Zomparelli PO Box 672 Orland Park, IL 60462 | X | J | | X | | | 0.00 | 0.00 | 0.00 |

Sheet **22** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Patrick J Allen,**
       **Pamela A Allen**
                     Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paul Newman<br>12629 Royal George Court<br>Mokena, IL 60448 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Peter Maniatis<br>9116 S. Keeler<br>Palos Heights, IL 60463 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Raymond Kennedy<br>7764 W. Almond Court<br>Frankfort, IL 60423 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Rebecca Howard Real Estate, Inc.<br>c/o Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Richard Wyrick<br>9415 Hitchcock Blvd.<br>Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **23** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen,**                                          Case No. _____

_____
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Possible Commission - Notice Only | | | | | |
| **Robert Arnold** 12333 S. 71st Court Palos Heights, IL 60463 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | |
| **Robert Groark** 8017 Meadowbrook Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | |
| **Robert Haustein** 22434 Autumn Drive Frankfort, IL 60423 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | |
| **Robert Moss** 2690 Southwind Drive New Lenox, IL 60451 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | |
| **Ronald Bol** 8317 Bob-O-Link Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __24__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

B6E (Official Form 6E) (4/10) - Cont.

In re   **Patrick J Allen,**
**Pamela A Allen,**

Case No. _____

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Ronda Wallace 7972 Marquette Drive. N. Tinley Park, IL 60477 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ruben Vallejo 16213 Bormet Drive Tinley Park, IL 60477 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ruth Hanna 14301 Spring Creek Lockport, IL 60441 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| S&L Realty, Co. c/o Sharon Krywanio 12640 Royal George Court Mokena, IL 60448 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Sarah Kudla 12721 S. Newport Drive Palos Park, IL 60464 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Sheet **25** of **31** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | 0.00 | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen,**                                    Case No. _____

_____
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Schmeier Real Estate, Inc. c/o David Schmeier 471 Aspen Drive New Lenox, IL 60451 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Scott Shepard 4845 W. 137th Street Midlothian, IL 60445 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Shannon Daily 19 Old Creed Road North Palos Park, IL 60464 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Shannon E. Daily, Chartered c/o Shannon Daily 19 Old Creed Road North Palos Park, IL 60464 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Sharon Krywanio 12640 Royal George Court Mokena, IL 60448 | X | J | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __26__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                0.00

0.00                0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**                                              Case No. _____
_____
                                    Debtors

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sharon Rago 13836 Lavergne Midlothian, IL 60445 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sheila Yakutis 12301 S. Nashville Palos Heights, IL 60463 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sherry Justice 14602 135th Avenue Lockport, IL 60441 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Silver Key Management, Inc. c/o Dave Shalabi 16041 Laurel Drive Orland Park, IL 60462 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sophie Williams 5337 S. Merrimac Chicago, IL 60638 | X | J | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Sheet _27_ of _31_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 0.00 0.00 | 0.00 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
         **Pamela A Allen**
_____
                                    Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Spero Speropoulos<br>22 Cour De La Reine<br>Palos Hills, IL 60465 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Steve Harris<br>8918 Meadowlark<br>Tinley Park, IL 60477 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Sue Bernovich<br>9050 Helen Lane<br>Orland Park, IL 60462 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Superstar Enterprises, Inc.<br>c/o Norah Hudon<br>12401 S. Nashville Avenue<br>Palos Heights, IL 60463 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Susan Frederickson<br>12213 South 73rd Court<br>Palos Heights, IL 60463 | X | J | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |

Sheet **28** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
0.00        0.00

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
        **Pamela A Allen,**

Case No. _____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Suzy Frederickson, Inc. c/o Susan Frederickson 12213 South 73rd Court Palos Heights, IL 60463 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Team Realty Group, Inc. c/o Scott Shepard 4845 W. 137th Street Midlothian, IL 60445 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| The G-Slow Real Estate Team, Inc. c/o George Slowinski 14606 Park Place Homer Glen, IL 60491 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Thomas Ruszkowski 6 Black Walnut Trail Palos Park, IL 60464 | X | J | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Tim Witkowski 17174 Highwood Drive Orland Park, IL 60467 | X | J | | X | | | 0.00 | 0.00 | 0.00 |

Sheet **29** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re      **Patrick J Allen,**
           **Pamela A Allen,**                                                    Case No. _____

_____
                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| **Account No.** | | | | | Possible Commission - Notice Only | | | | | | |
| Timothy Norton 15638 Janas Drive Homer Glen, IL 60491 | X | J | | | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | Possible Commission - Notice Only | | | | | | |
| Tom Dixon 17164 Winding Creek Drive Orland Park, IL 60467 | X | J | | | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | Possible Wages - Notice Only | | | | | | |
| Traci Kelley 8248 W. 95th Street Hickory Hills, IL 60457 | X | J | | | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | Possible Commission - Notice Only | | | | | | |
| V.I.P. II, Ltd. c/o Al Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | J | | | | X | | | 0.00 | 0.00 | 0.00 |
| **Account No.** | | | | | Possible Commission - Notice Only | | | | | | |
| V.I.P., Inc. c/o Patricia Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | J | | | | X | | | 0.00 | 0.00 | 0.00 |
| Sheet __30__ of __31__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Patrick J Allen,**
     **Pamela A Allen,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Vern Ohlson 155330 Edgewood Drive Orland Park, IL 60462 | X | J | | X | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Vicki Jo Tarantino 17809 Missouri Court Orland Park, IL 60467 | X | J | | X | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Warren DeVries 8438 Meadows Edge Trail Tinley Park, IL 60477 | X | J | | X | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Zelia Cato 13 Pembrook Court Flossmoor, IL 60422 | X | J | | X | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |

Sheet __31__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Patrick J Allen,**
    **Pamela A Allen**
                Debtors
Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express** PO Box 981535 El Paso, TX 79998-1535 | | J | Miscellaneous charges | | | | 7,163.83 |
| Account No. **Bank of America** PO Box 15026 Wilmington, DE 19850-5026 | | J | Miscellaneous Charges | | | | 12,281.99 |
| Account No. **Bank of America** PO Box 15026 Wilmington, DE 19850-5026 | | J | Miscellaneous Charges | | | | 20,367.52 |
| Account No. **Best Buy** Retail Services PO Box 19850-5521 Wilmington, DE 19850-5521 | | J | Miscellaneous purchases | | | | 3,002.87 |

**4**   continuation sheets attached

Subtotal (Total of this page)   42,816.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Allen,**                                  Case No. _____
       **Pamela A Allen**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Best Buy Retail Services**<br>PO Box 19850-5521<br>Wilmington, DE 19850-5521 | | J | Miscellaneous charges | | | | 3,545.69 |
| Account No.<br><br>**Capital Management Services, LP**<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 | | J | Notice Only | | | | 0.00 |
| Account No.<br><br>**Chase**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | J | Miscellaneous Charges | | | | 11,746.00 |
| Account No.<br><br>**Chase**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | J | Miscellaneous charges | | | | 2,801.00 |
| Account No.<br><br>**Citibank**<br>PO Box 6000<br>The Lakes, NV 89163-6000 | | J | Miscellaneous Charges | | | | 8,661.22 |

Sheet no. __1__ of __4__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)       **26,753.91**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Allen,**
      **Pamela A Allen**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Personal guarantee on corporate lease | | | | |
| Coventry II DDR/Tucker Marley Creek Dept. 300629-20917-00030116 PO Box 228042 Beachwood, OH 44122 | X | | J | | | | | | 1,500,000.00 |
| **Account No.** | | | | | Miscellaneous Charges | | | | |
| Discover PO Box 30943 Salt Lake City, UT 84130 | | | J | | | | | | 7,205.23 |
| **Account No.** | | | | | Miscellaneous Charges | | | | |
| Discover PO Box 30943 Salt Lake City, UT 84130 | | | J | | | | | | 9,657.62 |
| **Account No.** | | | | | Personal guarantee on corporate loan | | | | |
| First Midwest Bank 17500 S. Oak Park Ave. Tinley Park, IL 60477 | X | | J | | | | | | 1,034,996.00 |
| **Account No.** | | | | | Personal guarantee on corporate copier lease | | | | |
| GE Capital PO Box 740423 Atlanta, GA 30374-0423 | | | J | | | | | | 3,600.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,555,458.85

B6F (Official Form 6F) (12/07) - Cont.

In re    Patrick J Allen,                                                    Case No. _____
         Pamela A Allen

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal guarantee on lease with corporate landlord | | | | |
| George Skarpathiotis, M.D. 7110 W. 127th Street Palos Heights, IL 60463 | X | J | | | | | 120,000.00 |
| Account No. | | | Notice Only - Possible personal guarantee on corporate legal fees | | | | |
| Kenneth J. Donkel Attorney at Law 7220 W. 194th St., Suite 105 Tinley Park, IL 60487 | X | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | J | | | | | 0.00 |
| Account No. | | | Personal guarantee on unpaid franchise payments. (approximate) | | | | |
| RE/MAX Northern Illinois, Inc. 2205 Point Blvd., Suite 100 Elgin, IL 60123 | X | J | | | | | 300,000.00 |
| Account No. | | | Personal guarantee of loan | | | | |
| RE/MAX Northrn Illinois, Inc. 2205 Point Blvd., Suite 100 Elgin, IL 60123 | X | J | | | | | 12,500.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 432,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Allen,**
      **Pamela A Allen**

Case No. _____

                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Roger & Carol Hug** <br> **2121 Avondale Drive** <br> **Michigan City, IN 46360** | X | J | **Personal guarantee on corporate lease** | | | | **300,000.00** |
| Account No. <br><br> **Ron Reindl** <br> **Commission Express** <br> **PO Box 9059** <br> **Naperville, IL 60567** | X | J | **Personal guarantee on miscellaneous corporate advances** | X | | X | **200,000.00** |
| Account No. <br><br> **Small Business Administration** <br> **Attn: Bankruptcy Department** <br> **PO Box 740192** <br> **Atlanta, GA 30374** | X | J | **Personal guarantee on corporate obligation(Same as First Midwest) - Notice Only** | | | | **0.00** |
| Account No. <br><br> **US Bank** <br> **1310 Madrid Street, Suite 101** <br> **Marshall, MN 56258-4002** | X | J | **Personal guarantee on corporate equipment lease** | | | | **75,000.00** |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **575,000.00** |
| Total (Report on Summary of Schedules) | **3,632,528.97** |

B6G (Official Form 6G) (12/07)

In re    **Patrick J Allen,**                                                          Case No. _____
         **Pamela A Allen**

         _____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Patrick J Allen,**                                                    Case No. _____
         **Pamela A Allen**
_____
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P & P Realty, Inc. | First Midwest Bank<br>17500 S. Oak Park Ave.<br>Tinley Park, IL 60477 |
| P & P Realty, Inc. | George Skarpathiotis, M.D.<br>7110 W. 127th Street<br>Palos Heights, IL 60463 |
| P & P Realty, Inc. | RE/MAX Northern Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 |
| P & P Realty, Inc. | Roger & Carol Hug<br>2121 Avondale Drive<br>Michigan City, IN 46360 |
| P & P Realty, Inc. | Ron Reindl<br>Commission Express<br>PO Box 9059<br>Naperville, IL 60567 |
| P & P Realty, Inc. | US Bank<br>1310 Madrid Street, Suite 102<br>Lockport, IL 60441 |
| P&P Realty, Inc. | Small Business Administration<br>Attn: Bankruptcy Department<br>PO Box 740192<br>Atlanta, GA 30374 |
| P&P Realty, Inc. | RE/MAX Northrn Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 |
| P&P Realty, Inc. | US Bank<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258-4002 |
| P&P Realty, Inc. | Kenneth J. Donkel<br>Attorney at Law<br>7220 W. 194th St., Suite 105<br>Tinley Park, IL 60487 |
| P&P Realty, Inc. | Coventry II DDR/Tucker Marley Creek<br>Dept. 300629-20917-00030116<br>PO Box 228042<br>Beachwood, OH 44122 |

13
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re    **Patrick J Allen,**
        **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Al Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Barbara Brink<br>14442 Golf<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Barbara Freudinger<br>1320 Arbor Drive<br>Lemont, IL 60439 |
| P&P Realty, Inc. | Barbara Peloquin<br>715 Lake Court<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 |
| P&P Realty, Inc. | Bill Weber<br>16412 Lee<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | BLKK Enterprises<br>c/o Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 |
| P&P Realty, Inc. | Brandi Orlando<br>8548 Hollybrook Lane<br>Tinley Park, IL 60487 |
| P&P Realty, Inc. | Bruce LaHa<br>13136 Rado Drive North<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Business Solutions Development, Inc<br>14449 Pine Grove Drive<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Cappas, Inc.<br>c/o Gina Cappas<br>17609 Capistrano Lane<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Carol Heine<br>7661 Wheeler<br>Orland Park, IL 60462 |

Sheet  __1__  of  __13__  continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

In re    **Patrick J Allen,**
        **Pamela A Allen**
                 Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Carol O'Neill<br>17721 Lilac Lane<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Catherine Fehrenbacher<br>8311 W. 164th Street<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Catherine Maier<br>8810 W. 121st Street<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Christine Eul<br>10931 Deblin Lane<br>Oak Lawn, IL 60453 |
| P&P Realty, Inc. | Christine Gentile<br>18025 Pelican Drive<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Cindy Dalton<br>16955 S. 82nd Avenue<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Clifford Rago<br>13836 Lavergne<br>Midlothian, IL 60445 |
| P&P Realty, Inc. | Cory Bergamo<br>12850 Cedar Lane<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | D.P.V. Inc.<br>c/o Daniel Vainisi<br>11923 Queens Court<br>Mokena, IL 60448 |
| P&P Realty, Inc. | Dana Wick<br>14928 Kilbourn<br>Midlothian, IL 60445 |
| P&P Realty, Inc. | Daniel Hurley<br>10535 Deigo Lane<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Daniel Vainisi<br>11923 Queens Court<br>Mokena, IL 60448 |
| P&P Realty, Inc. | Darrell Johnson<br>8153 S. Maplewood Avenue<br>Chicago, IL 60652 |

Sheet __2__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    Patrick J Allen,                                                Case No. _____
         Pamela A Allen

                                              Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| P&P Realty, Inc. | Dave Manson<br>12105 W. Tamarack Lane<br>Lockport, IL 60441 |
| P&P Realty, Inc. | Dave Shalabi<br>16041 Laurel Drive<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | David Mires<br>17046 Prestwick Drive<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | David Schmeler<br>471 Aspen Drive<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Diane Williams<br>8300 W. 162nd Place<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Dixon Partners, Inc.<br>c/o Tom Dixon<br>17164 Winding Creek Drive<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | George Slowinski<br>14606 Park Place<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Gina Cappas<br>17609 Capistrano Lane<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Grace Flanagan<br>8611 W. 141st<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Gregory Buczek<br>9308 Sunrise Lane<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | IAN Realty, Inc.<br>c/o John Sacketee<br>18223 Hidden Valley Cove<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Irace Property Services, Inc.<br>c/o Karen Irace<br>17202 Lakebrook Drive<br>Orland Park, IL 60467 |

Sheet __3__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re      **Patrick J Allen,**                                      Case No. _____
      **Pamela A Allen**

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Jack Gawron<br>11017 Arbor Ridge Drive<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Jack Wolf<br>7439 Willowwood Court<br>Apt. 2NE<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | James Kennedy<br>11219 Cameron Parkway<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | James LaHa<br>13136 Rado Drive North<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | James Nealis<br>4438 W. 117th Street<br>Alsip, IL 60803 |
| P&P Realty, Inc. | James Tammaro<br>7928 Palm Court<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Jamie Turner<br>19558 Old Coach Trail<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Jane Blankshain<br>13701 Trafalgar Court<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Janice Zeman-Coutts<br>50 Forest<br>Unit #1S<br>Riverside, IL 60546 |
| P&P Realty, Inc. | Janis Bray<br>18025 Voss Drive<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Jay Kennedy<br>15985 S. 78th Avenue<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Jay Mishur<br>11608 S. Lavergne<br>Alsip, IL 60803 |
| P&P Realty, Inc. | Jayne Schirmacher<br>14427 Country Club Lane<br>Orland Park, IL 60462 |

Sheet __4__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Patrick J Allen,**
         **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| P&P Realty, Inc. | **JB Homes, Inc.**<br>c/o Jane Blankshain<br>13701 Trafalgar Court<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | **Jean Reedy**<br>2430 W. Lexington<br>Chicago, IL 60612 |
| P&P Realty, Inc. | **Jennifer Ratliff**<br>26402 Gorman Trail<br>Monee, IL 60449 |
| P&P Realty, Inc. | **JHS Properties, Inc.**<br>c/o John Schober<br>14217 S. Union<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | **Joan Kelly**<br>15332 Maple Drive<br>Oak Forest, IL 60452 |
| P&P Realty, Inc. | **John Charleston**<br>16832 Steeplechase Parkway<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | **John Charleston, Inc.**<br>c/o John Charleston<br>16832 Steeplechase Parkway<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | **John Sackett**<br>18223 Hidden Valley Cove<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | **John Schober**<br>14217 S. Union<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | **Jose Tovar**<br>21766 Florin Court<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | **Judi Newman**<br>12629 Royal George Court<br>Mokena, IL 60448 |
| P&P Realty, Inc. | **Judith Kijewski**<br>6617 Charleston<br>Oak Forest, IL 60452 |

Sheet __5__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Patrick J Allen,**                                                    Case No. _____
          **Pamela A Allen**

                                               Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Julie Ipema<br>23800 Plum Valley Drive<br>Crete, IL 60417 |
| P&P Realty, Inc. | JW Homes Sold, P.C.<br>c/o James Kennedy<br>11219 Cameron Parkway<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Karen Foster<br>807 S. Quincy St.<br>Hinsdale, IL 60521 |
| P&P Realty, Inc. | Karen Irace<br>17202 Lakebrook Drive<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Kathy Toscas<br>12854 Sycamore Lane<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Kelly Kennedy<br>9260 Pepperwood Drive<br>Tinley Park, IL 60487 |
| P&P Realty, Inc. | Kelly Ryan<br>8255 Pecan Place<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Kenneth Asbridge<br>751 Ironwood Drive<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Kevin Burke<br>622 Pine Street<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Kevin Burke Investments, Inc.<br>c/o Kevin Burke<br>622 Pine Street<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Kevin Kennedy<br>15985 S. 78th Avenue<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Larry Yakutis<br>12401 S. Nashville<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Laura Bugos<br>14449 Pine Grove Drive<br>Homer Glen, IL 60491 |

Sheet __6__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    Patrick J Allen,                                              Case No. _____
         Pamela A Allen

_____
                           Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Linda Dore<br>18111 Primrose Lane<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Linda Griffin<br>10759 Oakton Court<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Louise O'Connor<br>19470 S. Yorkshire Drive<br>Mokena, IL 60448 |
| P&P Realty, Inc. | Madonna Egan<br>15321 Primrose Lane<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Margaret Alexa<br>22116 Princeton Circle<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Maria Li Mandri-Vaagen<br>14352 Birchwood Court<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Mary Ellen Pickering<br>8065 Apache Trail<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Mary Poska<br>704 1st Street<br>Lockport, IL 60441 |
| P&P Realty, Inc. | Mary Zawaski<br>12320 S. Ridgeland<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Michael Dolce<br>17967 Semmler Court<br>Tinley Park, IL 60487 |
| P&P Realty, Inc. | Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 |
| P&P Realty, Inc. | Mike Clendenning<br>659 Juli Drive<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Mondello Real Estate Group, Inc.<br>c/o Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 |

Sheet __7__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **Patrick J Allen,**
**Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| P&P Realty, Inc. | Muriel Carter<br>2605 S. Indiana<br>Imot 1002<br>Chicago, IL 60616 |
| P&P Realty, Inc. | Nicholas Guiffre<br>207 Whispering Lake Drive<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Norah Hudon<br>12401 S. Nashville Avenue<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Patricia Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |
| P&P Realty, Inc. | Patricia Wyrick<br>21961 Princeton Circle<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Patrick Zomparelli<br>PO Box 672<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Paul Newman<br>12629 Royal George Court<br>Mokena, IL 60448 |
| P&P Realty, Inc. | Peter Maniatis<br>9116 S. Keeler<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Raymond Kennedy<br>7764 W. Almond Court<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Rebecca Howard Real Estate, Inc.<br>c/o Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 |
| P&P Realty, Inc. | Richard Wyrick<br>9415 Hitchcock Blvd.<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Robert Arnold<br>12333 S. 71st Court<br>Palos Heights, IL 60463 |
| P&P Realty, Inc. | Robert Groark<br>8017 Meadowbrook<br>Orland Park, IL 60462 |

Sheet __8__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Patrick J Allen,**
          **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Robert Haustein<br>22434 Autumn Drive<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Robert Moss<br>2690 Southwind Drive<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Ronald Bol<br>8317 Bob-O-Link<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Ronda Wallace<br>7972 Marquette Drive. N.<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Ruben Vallejo<br>16213 Bormet Drive<br>Tinley Park, IL 60477 |
| P&P Realty, Inc. | Ruth Hanna<br>14301 Spring Creek<br>Lockport, IL 60441 |
| P&P Realty, Inc. | S&L Realty, Co.<br>c/o Sharon Krywanio<br>12640 Royal George Court<br>Mokena, IL 60448 |
| P&P Realty, Inc. | Schmeier Real Estate, Inc.<br>c/o David Schmeier<br>471 Aspen Drive<br>New Lenox, IL 60451 |
| P&P Realty, Inc. | Scott Shepard<br>4845 W. 137th Street<br>Midlothian, IL 60445 |
| P&P Realty, Inc. | Shannon Daily<br>19 Old Creed Road North<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Shannon E. Daily, Chartered<br>c/o Shannon Daily<br>19 Old Creed Road North<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Sharon Krywanio<br>12640 Royal George Court<br>Mokena, IL 60448 |

Sheet  **9**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re    **Patrick J Allen,**
         **Pamela A Allen**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **P&P Realty, Inc.** | **Sharon Rago**<br>**13836 Lavergne**<br>**Midlothian, IL 60445** |
| **P&P Realty, Inc.** | **Sheila Yakutis**<br>**12301 S. Nashville**<br>**Palos Heights, IL 60463** |
| **P&P Realty, Inc.** | **Sherry Justice**<br>**14602 135th Avenue**<br>**Lockport, IL 60441** |
| **P&P Realty, Inc.** | **Silver Key Management, Inc.**<br>**c/o Dave Shalabi**<br>**16041 Laurel Drive**<br>**Orland Park, IL 60462** |
| **P&P Realty, Inc.** | **Sophie Williams**<br>**5337 S. Merrimac**<br>**Chicago, IL 60638** |
| **P&P Realty, Inc.** | **Spero Speropoulos**<br>**22 Cour De La Reine**<br>**Palos Hills, IL 60465** |
| **P&P Realty, Inc.** | **Steve Harris**<br>**8918 Meadowlark**<br>**Tinley Park, IL 60477** |
| **P&P Realty, Inc.** | **Sue Bernovich**<br>**9050 Helen Lane**<br>**Orland Park, IL 60462** |
| **P&P Realty, Inc.** | **Superstar Enterprises, Inc.**<br>**c/o Norah Hudon**<br>**12401 S. Nashville Avenue**<br>**Palos Heights, IL 60463** |
| **P&P Realty, Inc.** | **Susan Frederickson**<br>**12213 South 73rd Court**<br>**Palos Heights, IL 60463** |
| **P&P Realty, Inc.** | **Suzy Frederickson, Inc.**<br>**c/o Susan Frederickson**<br>**12213 South 73rd Court**<br>**Palos Heights, IL 60463** |
| **P&P Realty, Inc.** | **Team Realty Group, Inc.**<br>**c/o Scott Shepard**<br>**4845 W. 137th Street**<br>**Midlothian, IL 60445** |

Sheet __10__ of __13__ continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

In re   **Patrick J Allen,**
      **Pamela A Allen**
                                           Debtors

Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **P&P Realty, Inc.** | **The G-Slow Real Estate Team, Inc.**<br>**c/o George Slowinski**<br>**14606 Park Place**<br>**Homer Glen, IL 60491** |
| **P&P Realty, Inc.** | **Thomas Ruszkowski**<br>**6 Black Walnut Trail**<br>**Palos Park, IL 60464** |
| **P&P Realty, Inc.** | **Tim Witkowski**<br>**17174 Highwood Drive**<br>**Orland Park, IL 60467** |
| **P&P Realty, Inc.** | **Timothy Norton**<br>**15638 Janas Drive**<br>**Homer Glen, IL 60491** |
| **P&P Realty, Inc.** | **Tom Dixon**<br>**17164 Winding Creek Drive**<br>**Orland Park, IL 60467** |
| **P&P Realty, Inc.** | **V.I.P., Inc.**<br>**c/o Patricia Vallejo**<br>**13520 Marissa Court**<br>**Homer Glen, IL 60491** |
| **P&P Realty, Inc.** | **V.I.P. II, Ltd.**<br>**c/o Al Vallejo**<br>**13520 Marissa Court**<br>**Homer Glen, IL 60491** |
| **P&P Realty, Inc.** | **Vern Ohlson**<br>**155330 Edgewood Drive**<br>**Orland Park, IL 60462** |
| **P&P Realty, Inc.** | **Warren DeVries**<br>**8438 Meadows Edge Trail**<br>**Tinley Park, IL 60477** |
| **P&P Realty, Inc.** | **Zelia Cato**<br>**13 Pembrook Court**<br>**Flossmoor, IL 60422** |
| **P&P Realty, Inc.** | **Angela Adams**<br>**9150 W. 162nd Street**<br>**Orland Hills, IL 60487** |
| **P&P Realty, Inc.** | **Kevin Allen**<br>**3109 W. Belle Plaine Avenue**<br>**Chicago, IL 60618** |

Sheet  **11**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re     Patrick J Allen,                                        Case No. _____
          Pamela A Allen

_____
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| P&P Realty, Inc. | Kaitlin Allen<br>8947 W. 147th Street<br>Orland Park, IL 60462 |
| P&P Realty, Inc. | Jerreen Edmonds<br>14732 Homan Avenue<br>Midlothian, IL 60445 |
| P&P Realty, Inc. | Linda Johnson<br>22413 Woodland Lane<br>Frankfort, IL 60423 |
| P&P Realty, Inc. | Traci Kelley<br>8248 W. 95th Street<br>Hickory Hills, IL 60457 |
| P&P Realty, Inc. | Maureen Kristin<br>5906 Liberty Square<br>Oak Forest, IL 60452 |
| P&P Realty, Inc. | Sarah Kudia<br>12721 S. Newport Drive<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Jennifer Kudia<br>12722 S. Newport Drive<br>Palos Park, IL 60464 |
| P&P Realty, Inc. | Laura LaPorta<br>16249 Princeton<br>Tinley Park, IL 60477 |
| Patrick Allen | Maricela Lopez<br>8756 W. Dartmouth Road<br>Palos Hills, IL 60465 |
| Patrick Allen | Maureen Mott<br>7626 W. 107th Street<br>Palos Hills, IL 60465 |
| Patrick Allen | Mary Mulka<br>19542 Kevin Lane<br>Mokena, IL 60448 |
| Patrick Allen | Erika Schmeier<br>472 Aspen Drive<br>New Lenox, IL 60451 |
| Patrick Allen | Aneta Slodyczka<br>12115 S. Flambeau Drive<br>Palos Heights, IL 60463 |

Sheet __12__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **Patrick J Allen,**
    **Pamela A Allen**

Case No. _____

_____
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patrick Allen** | **Vicki Jo Tarantino**<br>**17809 Missouri Court**<br>**Orland Park, IL 60467** |
| **Patrick Allen** | **Jewel Thome**<br>**21440 S. 78th Avenue**<br>**Frankfort, IL 60423** |
| **Patrick Allen** | **Joanne Yovkovich**<br>**8409 Hollybrook Lane**<br>**Tinley Park, IL 60477** |

Sheet __13__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re **Patrick J Allen**
    **Pamela A Allen** _____    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Respiratory Therapist** |
| Name of Employer | | **Palos Community Hospital** |
| How long employed | | |
| Address of Employer | | **Palos Heights, IL 60463** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 3,650.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 3,650.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,650.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 3,650.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,650.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

## AFFIDAVIT

I, Patrick Allen, being duly sworn upon oath, alleges and states as follows:

1.        I am currently unemployed.

FURTHER AFFIANT SAYETH NOT.

_____
Patrick Allen

Sworn to and subscribed before me this
_27_ day of _April_____, 2011.

_____
Notary Public

OFFICIAL SEAL
BARRY M ROSENBLOOM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/27/14

B6J (Official Form 6J) (12/07)

In re   **Patrick J Allen**
         **Pamela A Allen**                                                    Case No. _____
_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?    Yes ___    No _X_ | | |
| b. Is property insurance included?    Yes ___    No _X_ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 102.00 |
| c. Telephone | $ | 50.00 |
| d. Other  Cable and Internet | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 575.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 18.00 |
| b. Life | $ | 374.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 373.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Cell Phone | $ | 250.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,442.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,650.00 |
| b.   Average monthly expenses from Line 18 above | $ | 5,442.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,792.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Patrick J Allen**
       **Pamela A Allen**

                             Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **62**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   4/27/11      Signature _____
                                          **Patrick J Allen**
                                          Debtor

Date   4/27/11      Signature _____
                                          **Pamela A Allen**
                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Patrick J Allen**
**Pamela A Allen**

                                           Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$46,547.00** | **2009** |
| **$41,695.00** | **2010** |
| **$20,605.00** | **2011 year to date** |

#### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ottenheimer Rosenbloom<br>750 Lake Cook Road, #140<br>Buffalo Grove, IL 60089** | | **$2,500.00 (no adversary proceedings)** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **First Midwest Bank** | **September 30, 2009** | **Sold Residence - Balance of equity approximately $82,000.00 paid to First Midwest Bank pursuant to a security interest in the property per corporate security agreement.** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| P&P Realty, Inc. | 37-1431583 | 15607 S. Harlem Ave. 18080 Wolf Road Orland Park, IL 60462 | Real Estate Broker | 2/2002 - Present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED
**Mulchahy, Pauritsch, Salvador & Co.**
**Orland Park, IL 60462**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                     ADDRESS                     DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS
**Mulchahy, Pauritsch, Salvador & Co.**          **Orland Park, IL 60462**

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

## 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

8

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____4/27/11_____        Signature _____
                                                                    **Patrick J Allen**
                                                                    Debtor

Date _____4/27/11_____        Signature _____
                                                                    **Pamela A Allen**
                                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Patrick J Allen
      Pamela A Allen

Debtor(s)

Case No.

Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name:<br>-NONE- | Describe Property Securing Debt: |
| --- | --- |

Property will be (check one):
- ☐ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |
| --- | --- | --- |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  4/27/11

Signature

Patrick J Allen
Debtor

Date  4/27/11

Signature

Pamela A Allen
Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Patrick J Allen**
**Pamela A Allen**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $ _____**2,500.00**

   Prior to the filing of this statement I have received ........................... $ _____**2,500.00**

   Balance Due ................................................................................... $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____4/27/11_____

Lester A. Ottenheimer III 3127572
Ottenheimer Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, IL 60089
847-520-9400  Fax: 847-520-9411
Lottenheimer@otrlaw.com and Jrose@otrlaw.com

## RETENTION AGREEMENT

*BEFORE THE CASE IS FILED:*

The Debtor Agrees To:

      1.      Discuss with attorney the Debtor's objectives in filing the case.

      2.      Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income

The Attorney Agrees To:

      1.      Personally counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures (as well as non-bankruptcy options) with the debtor and answer the debtor's questions.

      2.      Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees, if any, are determined and paid.

      3.      Personally review with the debtor and sign the completed petition, plan, statements, and scheduled, as well as all amendments thereto, whether filed with the petition or the later.

      4.      Timely prepare and file the debtor's petition, statements, and schedules.

      5.      Explain to the debtor how, when, and where to make all necessary payments, with particular attention to housing and vehicle payments.

      6.      Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED:*

The Debtor Agrees To:

      1.      Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.)

      2.      Notify the attorney of any change in the debtor's address or telephone number.

      3.      Inform the attorney immediately of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

1

4.      Contact the attorney immediately if the debtor loses employment, has a significant change in income or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings or an inheritance).

5.      Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

6.      Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

7.      Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

8.      Supply the attorney with copies of all tax returns filed while the case is pending.

9.      Sign another Retention Agreement after the case is filed.

The Attorney Agrees To:

1.      Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting.

2.      Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3.      Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination).

4.      If the attorney will be employing another attorney to attend the 341 meeting or any other court hearing, personally explain to the debtor, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5.      Timely submit to the Chapter 7 trustee properly documented proof of income, pay advices and required tax returns for the debtor including business reports for self-employed debtors.

6.      Timely respond to objections to plan confirmation and, where necessary, prepare, file and serve an amended plan.

7.      Timely prepare, file and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8.      Be available to respond to the debtor's questions.

9.      Prepare, file and serve timely amendments, if necessary.

2

10.    Object to improper or invalid claims, if necessary.

11.    Timely respond to motions for relief from stay.

12.    Prepare, file, and serve all appropriate motions to avoid liens.

13.    Provide any other legal services necessary for the administration of the case.

Payment of Attorneys' Fees:

1.    For all the services outlined above, the attorney will be paid a fee of $2,500.00 plus filing fee.

Prior to signing this agreement, the attorney has received $2,500.00, leaving a balance due of $0.00.

2.    *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3.    *Improper conduct by the attorney.* If the Debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

4.    *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

5.    *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Signed:

_____
Patrick Allen - Debtor

_____
Lester A. Ottenheimer, III
Attorney for Debtor(s)

_____
Pamela Allen – Joint Debtor

POST PETITION AGREEMENT

3

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
### OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                                          Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Patrick J Allen**
      **Pamela A Allen** _____    Case No. _____

                               Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Patrick J Allen**
**Pamela A Allen** _____    X _____    4/27/11
Printed Name(s) of Debtor(s)                      Signature of Debtor          Date

Case No. (if known) _____    X _____    4/27/11
                                               Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Patrick J Allen**
    **Pamela A Allen**

                                   Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:          **175**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   4/27/11

Date:   4/27/11

**Patrick J Allen**
Signature of Debtor

**Pamela A Allen**
Signature of Debtor

Al Vallejo
13520 Marissa Court
Homer Glen, IL 60491


American Express
PO Box 981535
El Paso, TX 79998-1535


Aneta Slodyczka
12115 S. Flambeau Drive
Palos Heights, IL 60463


Angela Adams
9150 W. 162nd Street
Orland Hills, IL 60487


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Barbara Brink
14442 Golf
Orland Park, IL 60462


Barbara Freudinger
1320 Arbor Drive
Lemont, IL 60439


Barbara Peloquin
715 Lake Court
New Lenox, IL 60451


Becky Howard
18143 Waterway Court
Orland Park, IL 60467


Best Buy
Retail Services
PO Box 19850-5521
Wilmington, DE 19850-5521


Best Buy Retail Services
PO Box 19850-5521
Wilmington, DE 19850-5521

Bev Labuda
16762 Plainfield
Plainfield, IL 60544


Bill Weber
16412 Lee
Orland Park, IL 60467


BLKK Enterprises
c/o Bev Labuda
16762 Plainfield
Plainfield, IL 60544


Brandi Orlando
8548 Hollybrook Lane
Tinley Park, IL 60487


Bruce LaHa
13136 Rado Drive North
Homer Glen, IL 60491


Business Solutions Development, Inc
14449 Pine Grove Drive
Homer Glen, IL 60491


Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


Cappas, Inc.
c/o Gina Cappas
17609 Capistrano Lane
Orland Park, IL 60467


Carol Heine
7661 Wheeler
Orland Park, IL 60462


Carol O'Neill
17721 Lilac Lane
Tinley Park, IL 60477


Catherine Fehrenbacher
8311 W. 164th Street
Tinley Park, IL 60477

Catherine Maier
8810 W. 121st Street
Palos Park, IL 60464


Chase
PO Box 15298
Wilmington, DE 19850-5298


Christine Eul
10931 Deblin Lane
Oak Lawn, IL 60453


Christine Gentile
18025 Pelican Drive
Tinley Park, IL 60477


Cindy Dalton
16955 S. 82nd Avenue
Tinley Park, IL 60477


Citibank
PO Box 6000
The Lakes, NV 89163-6000


Clifford Rago
13836 Lavergne
Midlothian, IL 60445


Cory Bergamo
12850 Cedar Lane
Palos Heights, IL 60463


Coventry II DDR/Tucker Marley Creek
Dept. 300629-20917-00030116
PO Box 228042
Beachwood, OH 44122


D.P.V. Inc.
c/o Daniel Vainisi
11923 Queens Court
Mokena, IL 60448


Dana Wick
14928 Kilbourn
Midlothian, IL 60445

Daniel Hurley
10535 Deigo Lane
Orland Park, IL 60467


Daniel Vainisi
11923 Queens Court
Mokena, IL 60448


Darrell Johnson
8153 S. Maplewood Avenue
Chicago, IL 60652


Dave Manson
12105 W. Tamarack Lane
Lockport, IL 60441


Dave Shalabi
16041 Laurel Drive
Orland Park, IL 60462


David Mires
17046 Prestwick Drive
Tinley Park, IL 60477


David Schmeier
471 Aspen Drive
New Lenox, IL 60451


Diane Williams
8300 W. 162nd Place
Tinley Park, IL 60477


Discover
PO Box 30943
Salt Lake City, UT 84130


Dixon Partners, Inc.
c/o Tom Dixon
17164 Winding Creek Drive
Orland Park, IL 60467


Erika Schmeier
472 Aspen Drive
New Lenox, IL 60451

First Midwest Bank
17500 S. Oak Park Ave.
Tinley Park, IL 60477


GE Capital
PO Box 740423
Atlanta, GA 30374-0423


George Skarpathiotis, M.D.
7110 W. 127th Street
Palos Heights, IL 60463


George Slowinski
14606 Park Place
Homer Glen, IL 60491


Gina Cappas
17609 Capistrano Lane
Orland Park, IL 60467


Grace Flanagan
8611 W. 141st
Orland Park, IL 60462


Gregory Buczek
9308 Sunrise Lane
Orland Park, IL 60462


IAN Realty, Inc.
c/o John Sacketee
18223 Hidden Valley Cove
Orland Park, IL 60467


Irace Property Services, Inc.
c/o Karen Irace
17202 Lakebrook Drive
Orland Park, IL 60467


Jack Gawron
11017 Arbor Ridge Drive
Orland Park, IL 60467

Jack Wolf
7439 Willowwood Court
Apt. 2NE
Orland Park, IL 60462


James Kennedy
11219 Cameron Parkway
Orland Park, IL 60467


James LaHa
13136 Rado Drive North
Homer Glen, IL 60491


James Nealis
4438 W. 117th Street
Alsip, IL 60803


James Tammaro
7928 Palm Court
Orland Park, IL 60462


Jamie Turner
19558 Old Coach Trail
Frankfort, IL 60423


Jane Blankshain
13701 Trafalgar Court
Orland Park, IL 60462


Janice Zeman-Coutts
50 Forest
Unit #1S
Riverside, IL 60546


Janis Bray
18025 Voss Drive
Orland Park, IL 60467


Jay Kennedy
15985 S. 78th Avenue
Tinley Park, IL 60477


Jay Mishur
11608 S. Lavergne
Alsip, IL 60803

Jayne Schirmacher
14427 Country Club Lane
Orland Park, IL 60462


JB Homes, Inc.
c/o Jane Blankshain
13701 Trafalgar Court
Orland Park, IL 60462


Jean Reedy
2430 W. Lexington
Chicago, IL 60612


Jennifer Kudia
12722 S. Newport Drive
Palos Park, IL 60464


Jennifer Ratliff
26402 Gorman Trail
Monee, IL 60449


Jerreen Edmonds
14732 Homan Avenue
Midlothian, IL 60445


Jewel Thome
21440 S. 78th Avenue
Frankfort, IL 60423


JHS Properties, Inc.
c/o John Schober
14217 S. Union
Orland Park, IL 60467


Joan Kelly
15332 Maple Drive
Oak Forest, IL 60452


Joanne Yovkovich
8409 Hollybrook Lane
Tinley Park, IL 60477


John Charleston
16832 Steeplechase Parkway
Orland Park, IL 60467

John Charleston, Inc.
c/o John Charleston
16832 Steeplechase Parkway
Orland Park, IL 60467


John Sackett
18223 Hidden Valley Cove
Orland Park, IL 60467


John Schober
14217 S. Union
Orland Park, IL 60467


Jose Tovar
21766 Florin Court
Frankfort, IL 60423


Judi Newman
12629 Royal George Court
Mokena, IL 60448


Judith Kijewski
6617 Charleston
Oak Forest, IL 60452


Julie Ipema
23800 Plum Valley Drive
Crete, IL 60417


JW Homes Sold, P.C.
c/o James Kennedy
11219 Cameron Parkway
Orland Park, IL 60467


Kaitlin Allen
8947 W. 147th Street
Orland Park, IL 60462


Karen Foster
807 S. Quincy St.
Hinsdale, IL 60521


Karen Irace
17202 Lakebrook Drive
Orland Park, IL 60467

Kathy Toscas
12854 Sycamore Lane
Palos Heights, IL 60463


Kelly Kennedy
9260 Pepperwood Drive
Tinley Park, IL 60487


Kelly Ryan
8255 Pecan Place
Frankfort, IL 60423


Kenneth Asbridge
751 Ironwood Drive
Frankfort, IL 60423


Kenneth J. Donkel
Attorney at Law
7220 W. 194th St., Suite 105
Tinley Park, IL 60487


Kevin Allen
3109 W. Belle Plaine Avenue
Chicago, IL 60618


Kevin Burke
622 Pine Street
New Lenox, IL 60451


Kevin Burke Investments, Inc.
c/o Kevin Burke
622 Pine Street
New Lenox, IL 60451


Kevin Kennedy
15985 S. 78th Avenue
Tinley Park, IL 60477


Larry Yakutis
12401 S. Nashville
Palos Heights, IL 60463


Laura Bugos
14449 Pine Grove Drive
Homer Glen, IL 60491

Laura LaPorta
16249 Princeton
Tinley Park, IL 60477


Linda Dore
18111 Primrose Lane
Orland Park, IL 60462


Linda Griffin
10759 Oakton Court
Frankfort, IL 60423


Linda Johnson
22413 Woodland Lane
Frankfort, IL 60423


Louise O'Connor
19470 S. Yorkshire Drive
Mokena, IL 60448


Madonna Egan
15321 Primrose Lane
Orland Park, IL 60462


Margaret Alexa
22116 Princeton Circle
Frankfort, IL 60423


Maria Li Mandri-Vaagen
14352 Birchwood Court
Homer Glen, IL 60491


Maricela Lopez
8756 W. Dartmouth Road
Palos Hills, IL 60465


Mary Ellen Pickering
8065 Apache Trail
Tinley Park, IL 60477


Mary Mulka
19542 Kevin Lane
Mokena, IL 60448

Mary Poska
704 1st Street
Lockport, IL 60441


Mary Zawaski
12320 S. Ridgeland
Palos Heights, IL 60463


Maureen Kristin
5906 Liberty Square
Oak Forest, IL 60452


Maureen Mott
7626 W. 107th Street
Palos Hills, IL 60465


Michael Dolce
17967 Semmler Court
Tinley Park, IL 60487


Michael Mondello
12910 Silver Fox Drive
Lemont, IL 60439


Mike Clendenning
659 Juli Drive
New Lenox, IL 60451


Mondello Real Estate Group, Inc.
c/o Michael Mondello
12910 Silver Fox Drive
Lemont, IL 60439


Muriel Carter
2605 S. Indiana
Imot 1002
Chicago, IL 60616


Nicholas Guiffre
207 Whispering Lake Drive
Palos Park, IL 60464


Norah Hudon
12401 S. Nashville Avenue
Palos Heights, IL 60463

P&P Realty, Inc.


Patricia Vallejo
13520 Marissa Court
Homer Glen, IL 60491


Patricia Wyrick
21961 Princeton Circle
Frankfort, IL 60423


Patrick Zomparelli
PO Box 672
Orland Park, IL 60462


Paul Newman
12629 Royal George Court
Mokena, IL 60448


Peter Maniatis
9116 S. Keeler
Palos Heights, IL 60463


Raymond Kennedy
7764 W. Almond Court
Frankfort, IL 60423


RE/MAX Northern Illinois, Inc.
2205 Point Blvd., Suite 100
Elgin, IL 60123


RE/MAX Northrn Illinois, Inc.
2205 Point Blvd., Suite 100
Elgin, IL 60123


Rebecca Howard Real Estate, Inc.
c/o Becky Howard
18143 Waterway Court
Orland Park, IL 60467


Richard Wyrick
9415 Hitchcock Blvd.
Tinley Park, IL 60477

Robert Arnold
12333 S. 71st Court
Palos Heights, IL 60463


Robert Groark
8017 Meadowbrook
Orland Park, IL 60462


Robert Haustein
22434 Autumn Drive
Frankfort, IL 60423


Robert Moss
2690 Southwind Drive
New Lenox, IL 60451


Roger & Carol Hug
2121 Avondale Drive
Michigan City, IN 46360


Ron Reindl
Commission Express
PO Box 9059
Naperville, IL 60567


Ronald Bol
8317 Bob-O-Link
Orland Park, IL 60462


Ronda Wallace
7972 Marquette Drive. N.
Tinley Park, IL 60477


Ruben Vallejo
16213 Bormet Drive
Tinley Park, IL 60477


Ruth Hanna
14301 Spring Creek
Lockport, IL 60441


S&L Realty, Co.
c/o Sharon Krywanio
12640 Royal George Court
Mokena, IL 60448

Sarah Kudia
12721 S. Newport Drive
Palos Park, IL 60464


Schmeier Real Estate, Inc.
c/o David Schmeier
471 Aspen Drive
New Lenox, IL 60451


Scott Shepard
4845 W. 137th Street
Midlothian, IL 60445


Shannon Daily
19 Old Creed Road North
Palos Park, IL 60464


Shannon E. Daily, Chartered
c/o Shannon Daily
19 Old Creed Road North
Palos Park, IL 60464


Sharon Krywanio
12640 Royal George Court
Mokena, IL 60448


Sharon Rago
13836 Lavergne
Midlothian, IL 60445


Sheila Yakutis
12301 S. Nashville
Palos Heights, IL 60463


Sherry Justice
14602 135th Avenue
Lockport, IL 60441


Silver Key Management, Inc.
c/o Dave Shalabi
16041 Laurel Drive
Orland Park, IL 60462

Small Business Administration
Attn: Bankruptcy Department
PO Box 740192
Atlanta, GA 30374


Sophie Williams
5337 S. Merrimac
Chicago, IL 60638


Spero Speropoulos
22 Cour De La Reine
Palos Hills, IL 60465


Steve Harris
8918 Meadowlark
Tinley Park, IL 60477


Sue Bernovich
9050 Helen Lane
Orland Park, IL 60462


Superstar Enterprises, Inc.
c/o Norah Hudon
12401 S. Nashville Avenue
Palos Heights, IL 60463


Susan Frederickson
12213 South 73rd Court
Palos Heights, IL 60463


Suzy Frederickson, Inc.
c/o Susan Frederickson
12213 South 73rd Court
Palos Heights, IL 60463


Team Realty Group, Inc.
c/o Scott Shepard
4845 W. 137th Street
Midlothian, IL 60445


The G-Slow Real Estate Team, Inc.
c/o George Slowinski
14606 Park Place
Homer Glen, IL 60491

Thomas Ruszkowski
6 Black Walnut Trail
Palos Park, IL 60464


Tim Witkowski
17174 Highwood Drive
Orland Park, IL 60467


Timothy Norton
15638 Janas Drive
Homer Glen, IL 60491


Tom Dixon
17164 Winding Creek Drive
Orland Park, IL 60467


Traci Kelley
8248 W. 95th Street
Hickory Hills, IL 60457


US Bank
1310 Madrid Sreet, Suite 102
Lockport, IL 60441


US Bank
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002


V.I.P. II, Ltd.
c/o Al Vallejo
13520 Marissa Court
Homer Glen, IL 60491


V.I.P., Inc.
c/o Patricia Vallejo
13520 Marissa Court
Homer Glen, IL 60491


Vern Ohlson
155330 Edgewood Drive
Orland Park, IL 60462


Vicki Jo Tarantino
17809 Missouri Court
Orland Park, IL 60467

Warren DeVries
8438 Meadows Edge Trail
Tinley Park, IL 60477


Zelia Cato
13 Pembrook Court
Flossmoor, IL 60422


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044